**Order filed August 6, 2019**



In The

# Fourteenth Court of Appeals

_____

NO. 14-19-00213-CV
_____

**SHIRLEY A. MITCHELL, Appellant**

**V.**

**KEVIN DALE GENTRY, Appellee**

On Appeal from the 312th District Court
Harris County, Texas
Trial Court Cause No. 2018-52902

## O R D E R

Appellant's brief was due July 15, 2019**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **August 14, 2019** the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM